■ ALLEN S. FRANCO et al., Appellants, v GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Respondent. [786 NYS2d 307]— Order, Supreme Court, New York County (Herman Cahn, J.), entered January 28, 2003, which granted defendant's motion to dismiss the complaint, unanimously affirmed, without costs.

For the reasons stated by Justice Sullivan in *Katz v American Mayflower Life Ins. Co.* (14 AD3d 195 [2004]), we uphold the Supreme Court's dismissal of plaintiffs' complaint. Concur—Mazzarelli, J.P., Andrias, Sullivan and Marlow, JJ.